**ARTHUR I. UNGERMAN**
**JOYCE W. LINDAUER**
**Attorneys at Law**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, Texas 75231**
**(972) 239-9055 Telephone**
**(972)239-9886 Facsimile**
arthur@arthurungerman.com
joyce@joycelindauer.com

**Proposed Attorneys for Debtor**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| STARLITE HOTELS, LLC, | § | CASE NO: 12-31958-BJH-11 |
| | § | |
| Debtor. | § | CHAPTER 11 |
| | § | |

## CERTIFICATE OF CONFERENCE

On April 2, 2012, Arthur I. Ungerman conferred with Brad Repass, Attorney for the first lien holder, First Citizens Bank, regarding the filing of the Motion for Setting and Request for Expedited Hearing on Debtor's Emergency Motion for Use of Cash Collateral. He has no opposition to hearing this matter on an expedited basis.

Respectfully submitted,

 /s/ Arthur I.. Ungerman
Arthur I. Ungerman
State Bar No. 20391000
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
(972) 239-9055 Telephone
(972) 239-9886 Facsimile